# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Elizabeth J. Brockman, | Bankruptcy No. 17-27253 |
| Debtor. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #28)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on July 26, 2018.

Dated: July 27, 2018

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Elizabeth J. Brockman,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.   815-846-8516
e.  trustee@zanezielinski.com

{00041111}                                                                1

Mailing Information for Case 17-27253

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Thomas W Toolis**   twt@jtlawllc.com, lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com

**VIA US MAIL**

Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A.
Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602

Quantum3 Group Llc As Agent For
Comenity Bank
Po Box 788
Kirkland, Wa 98083-0788

Discover Bank
Discover Products Inc
Po Box 3025
New Albany, Oh 43054-3025

Elizabeth Brockman
807 Haldemann Avenue
Joliet, IL 60436

{00041111}                                             2