UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § § § | |
| Elizabeth J. Brockman | § § § | Case No. 17-27253 |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,050.00                              Assets Exempt: 19,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  75,316.14            Claims Discharged
                                                        Without Payment:  76,664.00

Total Expenses of Administration:  20,761.43

---

3) Total gross receipts of $ 111,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,422.43  (see **Exhibit 2**), yielded net receipts of $ 96,077.57  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 49,998.00 | $ 58,451.70 | $ 58,451.70 | $ 58,451.70 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,843.43 | 20,761.43 | 20,761.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,320.00 | 16,696.77 | 16,696.77 | 16,864.44 |
| **TOTAL DISBURSEMENTS** | $ 83,318.00 | $ 93,991.90 | $ 95,909.90 | $ 96,077.57 |

4) This case was originally filed under chapter 7 on 09/12/2017 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2018          By:/s/Zane L. Zielinski, Trustee
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 807 Haldemann Joliet Il 60436-0000 Will | 1110-000 | 111,000.00 |
| 2012 Chevy Equinox Mileage: 85,000 /Kelley Blue Book | 1129-000 | 500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 111,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Homestead Exemption | Exemptions | 8100-002 | 13,000.00 |
| Elizabeth J. Brockman | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,422.43 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,422.43** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris, Attn: Bankruptcy 770 N Water St Milwaukee, WI 53202 | | 49,998.00 | NA | NA | 0.00 |
| | Bmo Harris Bank N.A. | 4110-000 | NA | 51,998.78 | 51,998.78 | 51,998.78 |
| | Midwest Mold Prevention | 4120-000 | NA | 1,800.00 | 1,800.00 | 1,800.00 |
| | Plumbing Bill Lien (reinbursed to the Debtor) | 4120-000 | NA | 250.00 | 250.00 | 250.00 |
| | Real Estate taxes (including pro-ration) | 4700-000 | NA | 4,402.92 | 4,402.92 | 4,402.92 |
| **TOTAL SECURED CLAIMS** | | | $ 49,998.00 | $ 58,451.70 | $ 58,451.70 | $ 58,451.70 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 8,053.88 | 8,053.88 | 8,053.88 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 40.03 | 40.03 | 40.03 |
| International Sureties, LTD. | 2300-000 | NA | 13.70 | 13.70 | 13.70 |
| Chicago Land Agency - Water Bill and Fees | 2500-000 | NA | 208.21 | 208.21 | 208.21 |
| Chicago Title Insurance | 2500-000 | NA | 0.00 | 1,918.00 | 1,918.00 |
| Survey Fee (Studnicak and Assoc) | 2500-000 | NA | 350.00 | 350.00 | 350.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | NA | 131.74 | 131.74 | 131.74 |
| Transfer Tax | 2820-000 | NA | 499.50 | 499.50 | 499.50 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 2,342.15 | 2,342.15 | 2,342.15 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 49.22 | 49.22 | 49.22 |
| BHHS Koeing Rubloff Realty Group | 3510-000 | NA | 7,155.00 | 7,155.00 | 7,155.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 18,843.43 | $ 20,761.43 | $ 20,761.43 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial, Attn: Bankruptcy Po Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer, Po Box 982238 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Cap1/bstby, P.O. Box 30258 Salt Lake City, UT 84130 | | 2,554.00 | NA | NA | 0.00 |
| | Capital One, Attn: General Correspondence/Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 6,007.00 | NA | NA | 0.00 |
| | Chase Card Services, Correspondence Dept Po Box 15278 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 3,604.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Check Systems, Inc., Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz Po Box 790040 Saint Louis, MO 63179 | | 10,144.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC, P.O. Box 740256 Atlanta, GA 30374-0256 | | 0.00 | NA | NA | 0.00 |
| | Experian, P.O. Box 9701 Allen, TX 75013-9701 | | 0.00 | NA | NA | 0.00 |
| | Personal Finance Co, 3612 W. Lincoln Hwy. Suite 3 Olympia Fields, IL 60461 | | 4,357.00 | NA | NA | 0.00 |
| | Syncb/discount Tire, C/o Po Box 965036 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | TransUnion Consumer Solutions, P.O. Box 2000 Chester, PA 19022-2002 | | 0.00 | NA | NA | 0.00 |
| 1 | Discover Bank | 7100-000 | 418.00 | 453.56 | 453.56 | 453.56 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 10,006.82 | 10,006.82 | 10,006.82 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | 6,236.00 | 6,236.39 | 6,236.39 | 6,236.39 |
|  | Discover Bank | 7990-000 | NA | NA | NA | 4.55 |
|  | Pyod, Llc Its Successors And Assigns As Assignee | 7990-000 | NA | NA | NA | 100.49 |
|  | Quantum3 Group Llc As Agent For | 7990-000 | NA | NA | NA | 62.63 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 33,320.00 | $ 16,696.77 | $ 16,696.77 | $ 16,864.44 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-27253 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Elizabeth J. Brockman | | | | Date Filed (f) or Converted (c): | 09/12/2017 (f) |
| | | | | | 341(a) Meeting Date: | 10/12/2017 |
| For Period Ending: | 10/01/2018 | | | | Claims Bar Date: | 03/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 807 Haldemann Joliet Il 60436-0000 Will | 123,000.00 | 123,000.00 | | 111,000.00 | FA |
| 2. 2012 Chevy Equinox Mileage: 85,000 /Kelley Blue Book | 9,000.00 | 9,000.00 | | 500.00 | FA |
| 3. Miscellaneous Household | 650.00 | 0.00 | | 0.00 | FA |
| 4. Everyday Apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 6. Bmo - 5732 | 219.00 | 0.00 | | 0.00 | FA |
| 7. Bmo - | 213.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $133,482.00 | $132,000.00 | | $111,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):     Current Projected Date of Final Report (TFR):

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-27253 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Elizabeth J. Brockman | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2328 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/27/17 | 2 | Elizabeth Brockman<br>807 Haldeman Avenue<br>Joliet, IL 60436 | Settlement Funds | 1129-000 | $500.00 | | $500.00 |
| 02/28/18 | | Chicago Title Insurance<br>820 Parkview Boulevard<br>Lombard, IL 60148 | Sale Proceeds | | $29,417.59 | | $29,917.59 |
| | | | Gross Receipts $111,000.00 | | | | |
| | | Bmo Harris Bank N.A.<br>Po Box 2035<br>Milwaukee, Wi 53201 | Mortgage ($51,998.78) | 4110-000 | | | |
| | | Chicago Title Insurance | Title Fees ($1,918.00) | 2500-000 | | | |
| | | BHHS Koeing Rubloff Realty Group | Broker Commission ($7,155.00) | 3510-000 | | | |
| | | Real Estate taxes (including pro-ration) | Taxes ($4,402.92) | 4700-000 | | | |
| | | Homestead Exemption | Homestead Exmption ($13,000.00) | 8100-002 | | | |
| | | Plumbing Bill Lien (reinbursed to the Debtor) | ($250.00) | 4120-000 | | | |
| | | Transfer Tax | Transfer Tax ($499.50) | 2820-000 | | | |
| | | Midwest Mold Prevention | ($1,800.00) | 4120-000 | | | |
| | | Chicago Land Agency - Water Bill and Fees | water bill and service fees ($208.21) | 2500-000 | | | |
| | | Survey Fee (Studnicak and Assoc) | Survey ($350.00) | 2500-000 | | | |
| | 1 | | 807 Haldemann $111,000.00<br>Joliet Il 60436-0000 Will | 1110-000 | | | |
| 03/08/18 | 5001 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | Yearly Bond | 2300-000 | | $13.70 | $29,903.89 |

Page Subtotals: $29,917.59  $13.70

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-27253 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Elizabeth J. Brockman | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2328 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.45 | $29,859.44 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.96 | $29,816.48 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.33 | $29,772.15 |
| 08/17/18 | 5002 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $8,093.91 | $21,678.24 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.   ($8,053.88) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.   ($40.03) | 2200-000 | | | |
| 08/17/18 | 5003 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Distribution | | | $2,391.37 | $19,286.87 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order.   ($2,342.15) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order.   ($49.22) | 3420-000 | | | |
| 08/17/18 | 5004 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $458.11 | $18,828.76 |
| | | | ($4.55) | 7990-000 | | | |
| | | Discover Bank | Final distribution to claim 1 representing a payment of 100.00 % per court order.   ($453.56) | 7100-000 | | | |

Page Subtotals: $0.00   $11,075.13

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-27253 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Elizabeth J. Brockman | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2328 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/17/18 | 5005 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $6,299.02 | $12,529.74 |
| | | | ($62.63) | 7990-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($6,236.39) | 7100-000 | | | |
| 08/17/18 | 5006 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $10,107.31 | $2,422.43 |
| | | | ($100.49) | 7990-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($10,006.82) | 7100-000 | | | |
| 08/17/18 | 5007 | Elizabeth J. Brockman 807 HALDEMANN AVENUE JOLIET, IL 60436 | Distribution of surplus funds to debtor. | 8200-002 | | $2,422.43 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $29,917.59 | $29,917.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $29,917.59 | $29,917.59 |
| Less: Payments to Debtors | $0.00 | $2,422.43 |
| Net | $29,917.59 | $27,495.16 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $18,828.76 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2328 - Checking | $29,917.59 | $27,495.16 | $0.00 |
|  | $29,917.59 | $27,495.16 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $81,582.41 |
| Total Net Deposits: | $29,917.59 |
| Total Gross Receipts: | $111,500.00 |

Page Subtotals:                          $0.00         $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*